**Opinion filed October 13, 2011**



# In The

# Eleventh Court of Appeals

_____

## No. 11-11-00041-CV

_____

## CHARLES VAUGHN, Appellant

## V.

## BADGER ROTARY DRILLING, LLC D/B/A BADGER OILFIELD SERVICE & SUPPLY, Appellee

**On Appeal from the 90th District Court**

**Stephens County, Texas**

**Trial Court Cause No. 30035**

### M E M O R A N D U M   O P I N I O N

Charles Vaughn is the appellant in this appeal, and Badger Rotary Drilling, LLC d/b/a Badger Oilfield Service & Supply is the appellee in this appeal. They have filed an "Agreed Order of Dismissal with Prejudice." We will treat this filing as a joint motion to dismiss the appeal pursuant to Tex. R. App. P. 42.1(a)(1). In the motion, the parties state that they "have reached a settlement to resolve this appeal and the underlying District Court case, Cause No. 30035, filed in the 90th Judicial District Court, Stephens County, Texas." They additionally

request this court to render an order dismissing the appeal and assessing costs against the parties incurring them.  Therefore, in accordance with the parties' request, we dismiss the appeal.

The joint motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

October  13, 2011

Panel consists of:  Wright, C.J.,
McCall, J., and Kalenak, J.